Heidi C. Quan (SBN 201003)
hquan@murchisonlaw.com
Chantel E Lafrades (SBN 282442)
clafrades@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California  94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION (also known as FREDDIE MAC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN GRAY; BRANDON LAMBERT, a minor, by and through his Guardian ad Litem Lashaun Gray,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT OWNERS ASSOCIATION; MASSINGHAM & ASSOCIATES MANAGEMENT, INC.; FREDDIE MAC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and, does 1 THROUGH 500, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00809-JAM (KJN)<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED ANSWER**<br><br>Action Filed:    9/22/2011<br>Trial Date:       None Set |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that Defendant, FEDERAL HOME LOAN MORTGAGE CORPORATION ("Defendant"), may file a First Amended Answer (attached hereto as Exhibit A) for the sole purpose of asserting a Cross-Claim against PINNACLE ASSET SERVICES, INC. and ROES 1 through 25, inclusive.

| | |
|---|---|
| DATED: August ___, 2012 | **MURCHISON & CUMMING, LLP** |
| | By: _____ |
| | Heidi C. Quan |
| | Attorneys for FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC) |
| DATED: August ___, 2012 | **MILLER LAW, INC.** |
| | By: _____ |
| | John C. Miller, Jr. |
| | Attorneys for Plaintiffs, LASHAUN GRAY and BRANDON LAMBERT |

## **ORDER**

Good cause appearing, IT IS SO ORDERED that Defendant be allowed to file the attached First Amended Answer.

DATED: _8/27/2012

/s/ John A. Mendez
US DISTRICT JUDGE for the
Eastern District of California