1   JOHN C. MILLER, JR., #143323
    **MILLER LAW, INC.**
2   A Professional Law Corporation
    MAILING ADDRESS:
3   Post Office Box 700
    Folsom, California 95763-0700
4   Phone: (916) 351-1200; Fax: (916) 351-1244

5   Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11  LASHAUN GRAY;                          )   Civil Case No.: 2:12-cv-00809-JAM-KJN
    BRANDON LAMBERT, a minor, by and       )
12  through his Guardian ad Litem Lashaun Gray)   STIPULATION FOR DISMISSAL
                                           )   AND ORDER
13             Plaintiffs,                 )
                                           )
14        v.                               )
                                           )
15  BRIDGEPORT OWNERS ASSOCIATION; )
    MASSINGHAM & ASSOCIATES                )
16  MANAGEMENT, INC.;                      )
    FREDDIE MAC;                           )
17  FEDERAL HOME LOAN MORTGAGE             )
    CORPORATION; and,                      )
18  DOES 1 through 500, inclusive,         )
                                           )
19             Defendants.                 )
    _____    )

20

21       **IT IS HEREBY STIPULATED** by and between Plaintiffs LASHAUN GRAY and BRANDON

22  LAMBERT ("Plaintiffs"), by and through their attorney of record, John C. Miller, Jr., Esq., FREDDIE

23  MAC/FEDERAL HOME LOAN MORTGAGE CORP., by and through its attorney of record, Heidi

24  Quan, Esq.; and,  PINNACLE ASSET SERVICES, INC., by and through its attorney of record, Robert

25  ///

26  ///

27  ///

Gray - STIPULATION FOR DISMISSAL AND ORDER                                    12-cv-00809

1  J. Enos, Esq. (collectively, "Defendants") that Plaintiffs will dismiss, with prejudice, Defendants

2  pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

3       **IT IS SO STIPULATED.**

4

5  DATED: June 25, 2013          MILLER LAW, INC.

6

7                                By: _____/S/_____
                                            JOHN C. MILLER, JR.
8                                           State Bar No. 143323

9  DATED: June 24, 2013          MURCHISON & CUMMING, LLP

10

11                               By: _____/S/_____
                                            HEIDI QUAN
12                                          State Bar No. 201003

13  DATED: June 13, 2013         BPE LAW GROUP, INC.

14

15                               By: _____/S/_____
                                            ROBERT J. ENOS
16                                          State Bar No. 182956

17

18                               **ORDER**

19       Pursuant to stipulation, IT IS SO ORDERED.

20

21  DATED: June 25, 2013         /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
22                               UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27