JOHN C. MILLER, JR., #143323
**MILLER LAW, INC.**
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200; Fax: (916) 351-1244

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LASHAUN GRAY;<br>BRANDON LAMBERT, a minor, by and through his Guardian ad Litem Lashaun Gray<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGEPORT OWNERS ASSOCIATION;<br>MASSINGHAM & ASSOCIATES MANAGEMENT, INC.;<br>FREDDIE MAC;<br>FEDERAL HOME LOAN MORTGAGE CORPORATION; and,<br>DOES 1 through 500, inclusive,<br><br>Defendants. | Civil Case No.: 2:12-cv-00809-JAM-KJN<br><br>STIPULATION FOR DISMISSAL AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiffs LASHAUN GRAY and BRANDON LAMBERT ("Plaintiffs"), by and through their attorney of record, John C. Miller, Jr., Esq., FREDDIE MAC/FEDERAL HOME LOAN MORTGAGE CORP., by and through its attorney of record, Heidi Quan, Esq.; and, PINNACLE ASSET SERVICES, INC., by and through its attorney of record, Robert

///

///

///

Gray - STIPULATION FOR DISMISSAL AND ORDER                                                          12-cv-00809

J. Enos, Esq. (collectively, "Defendants") that Plaintiffs will dismiss, with prejudice, Defendants pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: June 25, 2013                    MILLER LAW, INC.

                                        By: _____/S/_____
                                                JOHN C. MILLER, JR.
                                                State Bar No. 143323

DATED: June 24, 2013                    MURCHISON & CUMMING, LLP

                                        By: _____/S/_____
                                                HEIDI QUAN
                                                State Bar No. 201003

DATED: June 13, 2013                    BPE LAW GROUP, INC.

                                        By: _____/S/_____
                                                ROBERT J. ENOS
                                                State Bar No. 182956

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: June 25, 2013            /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE