Heidi C. Quan (SBN 201003)
 hquan@murchisonlaw.com
Chantel E Lafrades (SBN 282442)
 clafrades@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN GRAY; BRANDON LAMBERT, a minor, by and through his Guardian ad Litem Lashaun Gray,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT OWNERS ASSOCIATION; MASSINGHAM & ASSOCIATES MANAGEMENT, INC.; FREDDIE MAC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and, does 1 THROUGH 500, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00809-JAM (KJNx)<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF CROSS-CLAIMS FILED BY DEFENDANT FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC)**<br><br>Action Filed:   9/22/2011<br>Trial Date:       3/10/2014 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Cross-claimant,<br><br>vs.<br><br>PINNACLE ASSET SERVICES, INC. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that Defendant, FEDERAL HOME LOAN MORTGAGE CORPORATION (also known an FREDDIE MAC), dismisses with prejudice its Cross-Claims against Cross-Defendant Pinnacle Asset Services, Inc. with each party bearing its own attorney fees and costs.

DATED: 6/28/2013        **MURCHISON & CUMMING. LLP**

By: */s/ Chantel E. Lafrades*
Heidi C. Quan
Chantel E. Lafrades
Attorneys for FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC)

DATED: 6/27/13        **MILLER LAW. INC.**

By: */s/ John C. Miller, Jr.*
John C. Miller, Jr.
Attorneys for Plaintiffs, LASHAUN GRAY and BRANDON LAMBERT

DATED: 7/3/13        **BPE LAW GROUP, INC.**

By: *Robert J. Enos*
Robert J. Enos
Attorneys for Defendant/Cross-Claimant PINNACLE ASSET SERVICES. INC.

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED:  7/8/2013

                                      /s/ John A. Mendez
                                      US DISTRICT COURT JUDGE for the
                                      Eastern District of California