Heidi C. Quan (SBN 201003)
  hquan@murchisonlaw.com
Chantel E Lafrades (SBN 282442)
  clafrades@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California  94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058

Attorneys for FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN GRAY; BRANDON LAMBERT, a minor, by and through his Guardian ad Litem Lashaun Gray,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT OWNERS ASSOCIATION; MASSINGHAM & ASSOCIATES MANAGEMENT, INC.; FREDDIE MAC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and, does 1 THROUGH 500, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00809-JAM (KJNx)<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF CROSS-CLAIMS FILED BY DEFENDANT FEDERAL HOME LOAN MORTGAGE (also known as FREDDIE MAC)**<br><br>Action Filed:      9/22/2011<br>Trial Date:         3/10/2014 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Cross-claimant,<br><br>vs.<br><br>PINNACLE ASSET SERVICES, INC. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that Defendant, FEDERAL HOME LOAN MORTGAGE CORPORATION (also known an FREDDIE MAC), dismisses with prejudice its Cross-Claims against Cross-Defendant Pinnacle Asset Services, Inc. with each party bearing its own attorney fees and costs.

DATED: 6/28/2013         **MURCHISON & CUMMING. LLP**

                         By:  */s/ Chantel E. Lafrades*
                         _____
                         Heidi C. Quan
                         Chantel E. Lafrades
                         Attorneys for FEDERAL HOME LOAN
                         MORTGAGE (also known as FREDDIE
                         MAC)

DATED: 6/27/13           **MILLER LAW. INC.**

                         By:  */s/ John C. Miller, Jr.*
                         _____
                         John C. Miller, Jr.
                         Attorneys for Plaintiffs, LASHAUN
                         GRAY and BRANDON LAMBERT

DATED: 7/3/13            **BPE LAW GROUP, INC.**


                         By:  *Robert J. Enos*
                         _____
                         Robert J. Enos
                         Attorneys for Defendant/Cross-Claimant
                         PINNACLE ASSET SERVICES. INC.

_____
STIPULATION FOR DISMISSAL AND ORDER OF CROSS-CLAIMS FILED BY DEFENDANT FEDERAL
HOME LOAN MORTGAGE (also known as FREDDIE MAC)

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED:  7/8/2013

/s/ John A. Mendez
US DISTRICT COURT JUDGE for the
Eastern District of California